Cynthia L. Rice (SBN 87630)
Verónica Meléndez (SBN 294106)
Ezra Kautz (SBN 330352)
Chelsea Lalancette (SBN 330207)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, #201
Sacramento, CA 95816
Tel: (916) 446 7905
Fax: (916) 446 3057
cricecrlaf@comcast.net
vmelendez@crlaf.org
ekautz@crlaf.org
chelseal@crlaf.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, a fictitious name; CLARA DOE, a fictitious name; and "I.D.," a fictitious name, by and through her next friend, MARIA DOE;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SCOTT JONES, SACRAMENTO COUNTY SHERIFF, in his official capacity; SACRAMENTO COUNTY SHERIFF'S OFFICE; "DEPUTY ROE," a fictitious name; JAGDEEP SINGH; SUSHMA GIRI; and ALIDA ESTRADA,<br><br>Defendants. | Case No.: 2:21-cv-01438-MCE-CKD<br><br>Hon. Morrison C. England, Jr.<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYMS** |

The motion by Plaintiffs Maria Doe, Clara Doe, and I.D. ("Plaintiffs") seeking an order for leave to proceed under pseudonyms ("the Motion") being heard before the Court, and having reviewed the filings submitted with the Motion and any opposition submitted by Defendants, and it satisfactorily appearing to the Court that good cause has been shown,

1. Plaintiffs' Motion (ECF No. 2) is GRANTED.
2. Plaintiffs may proceed under pseudonyms before trial, or until further order of this Court.

IT IS SO ORDERED.

Dated:  August 13, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE