Cynthia L. Rice (SBN 87630)
Verónica Meléndez (SBN 294106)
Ezra Kautz (SBN 330352)
Chelsea Lalancette (SBN 330207)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, #201
Sacramento, CA 95816
Tel: (916) 446 7905
Fax: (916) 446 3057
cricecrlaf@comcast.net
vmelendez@crlaf.org
ekautz@crlaf.org
chelseal@crlaf.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, a fictitious name; CLARA DOE, a fictitious name; and "I.D.," a fictitious name, by and through her next friend, MARIA DOE;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SCOTT JONES, SACRAMENTO COUNTY SHERIFF, in his official capacity; SACRAMENTO COUNTY SHERIFF'S OFFICE; "DEPUTY ROE," a fictitious name; JAGDEEP SINGH; SUSHMA GIRI; and ALIDA ESTRADA,<br><br>Defendants. | Case No.: 2:21-cv-01438-MCE-CKD<br><br>Hon. Morrison C. England<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL** |

The Request to Seal lodged by Plaintiffs Maria Doe, Clara Doe, and I.D. ("Plaintiffs") being heard by the Court, and the Court having reviewed the documents requested to be sealed ("the Lodged Documents"), and it satisfactorily appearing to the Court that good cause has been shown,

1. The Request to Seal is granted.
2. The unredacted Verification is sealed indefinitely or until further order of the Court, and may be accessed by any party to this action, their attorney, the Court, and its personnel, as may be needed.
3. The unredacted Declaration of Maria Doe in Support of Plaintiffs' Motion for Leave to Proceed Under Pseudonym is sealed indefinitely and may be accessed only by the Court and its personnel, as may be needed.
4. The Clerk is instructed to file the Lodged Documents under seal in accordance with this order.

IT IS SO ORDERED.

Dated: August 18, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE