Cynthia L. Rice (SBN 87630)
Verónica Meléndez (SBN 294106)
Ezra Kautz (SBN 330352)
Chelsea Lalancette (SBN 330207)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, #201
Sacramento, CA 95816
Tel: (916) 446 7905
Fax: (916) 446 3057
cricecrlaf@comcast.net
vmelendez@crlaf.org
ekautz@crlaf.org
chelseal@crlaf.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE,  a fictitious name; CLARA DOE,  a fictitious name; and "I.D.," a fictitious name, by and through her next friend, MARIA DOE;<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S OFFICE; DARRYL RODERICK; JAGDEEP SINGH; SUSHMA GIRI; and ALIDA ESTRADA,<br><br>        Defendants. | Case No.: 2:21-cv-01438-MCE-CKD<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Morrison C. England, Jr. |

The Court having reviewed Plaintiffs' Motion for Leave to File Amended

Complaint (ECF No. 26), the proposed complaint filed with the Motion ("Proposed Second Amended Complaint"), the Statements of Conditional Non-Opposition and Non-Opposition filed on behalf of Defendants (ECF No. 29 and 30, respectively), and it satisfactorily appearing to the Court that good cause has been shown,

Plaintiffs may file the Proposed Second Amended Complaint not later than ten (10) days following the date this Order is electronically filed.  Given Plaintiffs' representation that the subject matter of said Proposed Second Amended Complaint "is unrelated to the substance of the pending motion to dismiss" (ECF No. 26, 2:10-11), the Motion to Dismiss filed on behalf of Defendants County of Sacramento, et al. (ECF No. 17) remains pending and will be deemed to apply to the Second Amended Complaint when filed.

IT IS SO ORDERED.

Dated:  April 12, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS LEAVE TO FILE AMENDED COMPLAINT