UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, a fictitious name; CLARA DOE, a fictitious name, and "I.D.," a fictitious name, by and through her next friend, MARIA DOE,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S OFFICE; DARRYL RODERICK; JAGDEEP SINGH, individually and as administrator of the Estate of Sushma Giri; V & N ASSOCIATES, LLC; and ALIDA ESTRADA,<br><br>Defendants. | No. 2:21-cv-01438-MCE-CKD<br><br>**ORDER** |

On September 15, 2022, this Court filed an order that, among other things, dismissed Plaintiffs' third and fourth causes of action with leave to amend. The Court advised Plaintiffs that if no amended complaint was timely filed, those causes of action would be deemed dismissed with prejudice upon no further notice to the parties.

///

///

///

///

1

No amended pleading has been filed. Accordingly, the third and fourth causes of action set forth in Plaintiffs' Second Amended Complaint are hereby DISMISSED with prejudice.

IT IS SO ORDERED.

DATED: October 19, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE