**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and DARRYL RODERICK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, a fictitious name; CLARA DOE, a fictitious name, and "I.D." a fictitious name, by and through her next friend, MARIA DOE, | CASE NO. 2:21-cv-01438-MCE-CKD |
| Plaintiffs, | STIPULATION TO EXTEND TIME/MODIFY ORDER |
| v. | AND ORDER |
| COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S OFFICE; DARRYL RODERICK; JAGDEEP SINGH; individually and as administrator of the estate of Sushma Giri; V & N ASSOCIATES, LLC and ALIDA ESTRADA, | Hon. Carolyn K. Delaney |
| Defendants. / | |

Plaintiffs and Defendants County of Sacramento, Sacramento County Sheriff's Office, and Darryl Roderick ("the County Defendants") jointly submit the following stipulation to extend time for the County Defendants to comply with the Order dated March 10, 2023.

Plaintiffs moved to compel seek further production to their requests for production numbered 11, 12, 14, 15, 19, 20, 21, 22, and 23 (ECF No. 40), which the court granted in part as to requests 11, 12, 14, 15, 19 and 21 (ECF No. 45), requiring production/response within 20 days following the order.

Due to a recent change in staff at the Sheriff's Department that assist in searching for and obtaining documents for purposes of litigation, and that some of requests require a response from an outside third-party contractor which has been delayed through no fault of the County, the County Defendants require additional time to comply with the Order as to requests 11 and 19.  The parties note further meet and confer is ongoing as to requests No. 22 and 23.

Therefore, Plaintiffs and the County Defendants hereby stipulate that the time to comply as to Requests 11, 12, 19, 20, and 21 is extended by an additional two weeks.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  March 31, 2023 | PORTER SCOTT<br>A PROFESSIONAL CORPORATION |
|  | By  /s/John R. Whitefleet<br>    John R. Whitefleet<br>    Attorneys for Defendants County of Sacramento, Sacramento County Sheriff's Office, and Darryl Roderick |
| Dated:  March 31, 2023 | CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION |
|  | /s/Ezra Kautz (auth'd on 3/30/2023)<br>Ezra Kautz<br>Attorneys for Plaintiffs |

## ORDER

Pursuant to the above stipulation, and good cause appearing it is so ORDERED.

Dated:  March 31, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8.doe21cv1438.stip.ext