**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and DARRYL RODERICK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, a fictitious name; CLARA DOE, a fictitious name, and "I.D." a fictitious name, by and through her next friend, MARIA DOE,<br><br>            Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S OFFICE; DARRYL RODERICK; JAGDEEP SINGH; individually and as administrator of the estate of Sushma Giri; V & N ASSOCIATES, LLC and ALIDA ESTRADA,<br><br>            Defendants. | CASE NO. 2:21-cv-01438-MCE-CKD<br><br>STIPULATION TO MODIFY PROTECTIVE ORDER<br><br>Hon. Carolyn K. Delaney |

Plaintiffs and Defendants County of Sacramento, Sacramento County Sheriff's Office, and Darryl Roderick and Defendants Estate of Sushma Giri and Jageep Singh, jointly submit the following stipulation to modify the Protective Order (ECF No. 38) entered in this action.

Disclosure and discovery activity in this action has revealed such may involve production of confidential, proprietary, or private information for which special protection from public disclosure and from use for any purpose other than prosecuting this litigation may be warranted, including but not limited to: third party dates of birth, contact information, and confidential investigative materials related to third party criminal reports that may involve domestic violence and other sensitive crimes or would

other implicate the official information privilege including ongoing crimes.  See *Kelly v. City of San Jose*, 114 F.R.D. 653, 661 (1987) (indicating that the official information privilege should protect, e.g., names of confidential informants in on-going criminal investigations).

Accordingly, the parties seek to modify the Protective Order (ECF No. 38) entered into this case as follows:

**Addendum to Protective Order**

1. Designating Party: a Party may designate information or items that it produces in disclosures or in responses to discovery as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY."

2. "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" Information or Items is defined as: extremely sensitive "Confidential Documents," disclosure of which to another Party would create a substantial risk of serious harm that could not be avoided by less restrictive means, including but not limited to third party dates of birth, names contact information, and confidential investigative materials related to third party criminal reports that may involve domestic violence and other sensitive crimes or would other implicate the official information privilege due to ongoing criminal investigations or prosecutions therefrom.  See *Kelly v. City of San Jose*, 114 F.R.D. 653, 661 (1987) (indicating that the official information privilege should protect, e.g., names of confidential informants in on-going criminal investigations).

3. The definition of "Confidential Documents" at Paragraph A2 shall include those designed as "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY."

4. Disclosure of "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" Information or Items. Unless otherwise ordered by the court or permitted in writing by a Designating Party, a Receiving Party may disclose any information or item designated "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY" only to:

(a) the Receiving Party's Counsel of Record in this action, as well as employees of said Counsel of Record to whom it is reasonably necessary to disclose the information for this litigation and who have signed the "Acknowledgment and Agreement to Be Bound" that is attached hereto as Exhibit A.

///

///

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

Dated:  September 25, 2023        PORTER SCOTT
                                      A PROFESSIONAL CORPORATION

                                      By  /s/John R. Whitefleet
                                      John R. Whitefleet
                                      Attorneys for Defendants County of Sacramento, Sacramento County Sheriff's Office, and Darryl Roderick

Dated:  September 25, 2023        CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION

                                      /s/Ezra Kautz (auth'd on 9/20/23)
                                      Ezra Kautz
                                      Attorneys for Plaintiffs

Dated:  September 25, 2023        BREMER WHYTE BROWN & O'MEARA LLP

                                      /s/Julie Young (auth'd on 9/18/23)
                                      Attorneys for Defendants Jagdeep Singh the Estate of Sushma Giri

<u>ORDER</u>

Pursuant to the above stipulation, and good cause appearing it is so ORDERED.

Dated:  September 25, 2023

                                      _____
                                      CAROLYN K. DELANEY
                                      UNITED STATES MAGISTRATE JUDGE

EXHIBIT A
<u>Doe et al v County of Sacramento et al,</u>
USDC EDCA Case No. 21-cv-01438
ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand the Stipulated Protective Order and Addendum thereto that was issued by the United States District Court for the Eastern District of California, ECF No. 38 and ECF No. _____ in the case in the above matter.

I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order and Addendum thereto to any person or entity except in strict compliance with the provisions of this Order.

I further agree to submit to the jurisdiction of the United States District Court for the Eastern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

I hereby appoint _____ [print or type full name] of _____ [print or type full address and telephone number] as my California agent for service of process in connection with this action or any proceedings related to enforcement of this Stipulated Protective Order.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

Signature: _____