UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, a fictitious name; CLARA DOE, a fictitious name; and "I.D.," a fictitious name, by and through her next friend, MARIA DOE;<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S OFFICE; DARRYL RODERICK; JAGDEEP SINGH, individually and as administrator of the estate of Sushma Giri; V & N ASSOCIATES, LLC; and ALIDA ESTRADA,<br><br>　　　　Defendants. | Case No.: 2:21-cv-01438-MCE-CKD<br><br><br><br><br>**ORDER MODIFYING SCHEDULE** |

　　　　Having reviewed the Stipulation of the Represented Parties and for good cause appearing, the schedule is hereby modified as follows:

1

*Case No.: 2:21-cv-01438-MCE-CKD*

1. The deadline for fact discovery is May 2, 2024.
2. All further deadlines are adjusted in accordance with this discovery deadline and the additional days set forth in the Initial Pretrial Scheduling Order (ECF No. 6.)

IT IS SO ORDERED.

Dated: January 17, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2

*Case No.: 2:21-cv-01438-MCE-CKD*