Verónica Meléndez (SBN 294106)
Ezra Kautz (SBN 330352)
Chelsea Lalancette (SBN 330207)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, #201
Sacramento, CA 95816
Tel: (916) 446 7905
Fax: (916) 446 3057
vmelendez@crlaf.org
ekautz@crlaf.org
chelseal@crlaf.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, a fictitious name; CLARA DOE, a fictitious name; and "I.D.," a fictitious name, by and through her next friend, MARIA DOE;<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; SACRAMENTO COUNTY SHERIFF'S OFFICE; DARRYL RODERICK; JAGDEEP SINGH, individually and as administrator of the estate of Sushma Giri; V & N ASSOCIATES, LLC; and ALIDA ESTRADA,<br><br>Defendants. | Case No.: 2:21-cv-01438-MCE-CKD<br><br>Hon. Morrison C. England<br><br>**STIPULATION BETWEEN PLAINTIFFS, COUNTY, AND SHERIFF'S OFFICE RE: APPLICABILITY OF TITLE VI AND SECTION 11135; AND ORDER**<br><br>L.R. 143 |

WHEREAS, Plaintiffs, on the one part, and and County of Sacramento and Sacramento County Sheriff's Office ("Defendants") on the other part, seek to resolve a discovery dispute and avoid unnecessary expenses;

Plaintiffs and Defendants, through their respective counsel, hereby stipulate and agree that the following statements of fact and law, and their admissibility, are established for the purposes of this litigation, including trial:

1) Defendant Sacramento County Sheriff's Office ("SCSO") was a "program or activity receiving Federal financial assistance" pursuant to 42 U.S.C. § 2000d, during the time period relevant to this action.

2) SCSO was a "program or activity" that received financial assistance from the state pursuant to Gov. Code § 11135, during the time period relevant to this action.

3) Defendants were subject to the requirements of 42 U.S.C. § 2000d and Gov. Code § 11135 with regard to the events alleged in the complaint in this action.

This stipulation does <u>not</u> affect the Motion for Reconsideration currently pending before the Court (dkt. 74.) This stipulation does not bind Defendants as to any matter outside of this litigation.

Dated: March 18, 2024     CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION

/s/ Ezra Kautz
Ezra Kautz
*Attorneys for Plaintiffs*

Dated: March 18, 2024     PORTER SCOTT

/s/ John Whitefleet     (authorized on 3/18/24)
*Attorneys for Defendants County of Sacramento, Sacramento Sheriff's Office*

IT IS SO ORDERED.

DATED: March 27, 2024

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE