UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | No. 2:21-cv-01438-DC-CKD<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE DEFENDANTS JAGDEEP SINGH, ESTATE OF SUSHMA GIRI, AND V & N ASSOCIATES, LLC<br><br>(Doc. No. 118) |

On November 14, 2024, Plaintiffs and Defendants Jagdeep Singh, Estate of Sushma Giri, and V & N Associates, LLC (hereinafter "the Property Owner Defendants") entered into a settlement and release agreement to settle all of Plaintiffs' claims brought against them in. (Doc. Nos. 102-1 at ¶ 9–10; 102-2.) On December 16, 2024, Plaintiffs filed a motion for approval of a minor's compromise, and on December 27, 2024, the Property Owner Defendants filed a motion for a court determination of a good faith settlement. (Doc. Nos. 102, 106.) On February 10, 2025, the court granted both motions and directed the parties to file dispositional documents as to Plaintiffs' claims against the Property Owner Defendants. (Doc. No. 113.)

On March 17, 2025, Plaintiffs filed the pending motion to dismiss with prejudice the Property Owner Defendants from this action pursuant to Federal Rule of Civil Procedure 41(a)(2) and Local Rule 160(b). (Doc. No. 118.) The Property Owner Defendants do not object to

1  Plaintiffs' motion. (*Id*. at 3, 5.) On March 19, 2025, Defendants County of Sacramento,
2  Sacramento County Sheriff's Department, and Darryl Roderick filed a statement of non-
3  opposition to Plaintiffs' pending motion. (Doc. No. 122.) The only other defendant, Defendant
4  Alida Estrada who is proceeding *pro se* in this action, did not file an opposition or any response to
5  Plaintiffs' motion, and the deadline in which to do so has passed.

6  Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by
7  court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Here, the court has
8  already evaluated the terms of the settlement between Plaintiffs and the Property Owner
9  Defendants and found them to be proper. (*See* Doc. No. 113.)  Thus, the court will grant
10 Plaintiffs' Rule 41(a)(2) motion to dismiss the Property Owner Defendants from this action.

11 Accordingly,

12 1. Plaintiffs' motion to dismiss Defendants Jagdeep Singh, Estate of Sushma Giri,
13    and V & N Associates, LLC from this action with prejudice (Doc. No. 118) is
14    GRANTED;
15 2. Defendants Jagdeep Singh, Estate of Sushma Giri, and V & N Associates, LLC are
16    DISMISSED with prejudice; and
17 3. The Clerk of the Court is directed to update the docket to reflect that Defendants
18    Jagdeep Singh, Estate of Sushma Giri, and V & N Associates, LLC have been
19    terminated from this action.

IT IS SO ORDERED.

Dated:   **April 10, 2025**

Dena Coggins
United States District Judge

2