UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DOE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.<br><br>Defendants. | No. 2:21-cv-01438-DC-CKD<br><br><br><br>PROTECTIVE ORDER<br><br>(Doc. No. 135) |

On August 25, 2025, the court directed the parties to file a proposed protective order designating what non-parties may view the court's sealed order directing Plaintiffs to deposit Plaintiff I.D.'s funds into a blocked account. (Doc. No. 134.) On September 2, 2025, Plaintiffs filed the proposed protective order to designate Wells Fargo Bank as a non-party that the parties agree should be permitted to view the court's sealed order.[1] (Doc. No. 135.) Accordingly, the court orders as follows:

/////

/////

/////

---

[1] In their proposed order, Plaintiffs note that the Defendants County of Sacramento, Sacramento County Sheriff's Office, and Darryl Roderick agree that Wells Fargo can view the court's sealed order. (Doc. No. 135 at 2.) Further, Plaintiffs represent that Defendant Alida Estrada does not object to Wells Fargo Bank's designation. (*Id.*)

1

1. Wells Fargo Bank is designated as a non-party that may view the court's sealed order (Doc. No. 137), directing Plaintiffs to deposit Plaintiff I.D.'s funds into a blocked account.

IT IS SO ORDERED.

Dated: __September 8, 2025__  

Dena Coggins
United States District Judge

2